# STEINBERG & CAVALIERE, LLP

50 MAIN STREET

WHITE PLAINS, NY 10606

JEFFREY G. STEINBERG
KEVIN F. CAVALIERE

STEVEN A. COPLOFF
RONALD W. WEINER
BENJAMIN ZELERMYER
BARRY S. GOLD
JAMES F. CREIGHTON
ROBERT P. PAGANO
C. WILLIAM YANUCK
VERONICA A. ZUNNO

TELEPHONE: (914) 761-4200
FACSIMILE:  (914) 761-4256

ONE EXCHANGE PLAZA
55 BROADWAY
SUITE 1600
NEW YORK, NY 10006

WRITER'S DIRECT
DIAL NUMBER

(914) 761-4200

January 22, 2014

**VIA ECF FILING**

Hon. Steven M. Gold, *U.S.C.M.J.*
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  *Hoti Enterprises, LP v. Panken, et al.*
          Case No. 14-cv-293-ENV-SMG
          S&C File No.: 15300-33009

Dear Judge Gold:

    We represent defendants Lawrence Reich, Jeffrey Reich and Reich, Reich & Reich, P.C. in this matter, which has been removed from Supreme Court, Kings County. On January 17, 2014, we wrote to request an extension of time to respond to the Complaint to February 21, 2014.

    On January 21, 2014, Your Honor granted an identical request, also made on January 17, 2014, by co-defendants Robert L. Rattet, James B. Glucksman and Rattet Pasternak. We respectfully request that the Court address our request.

    Thank you for your attention to the foregoing.

                  Respectfully,

                  Benjamin Zelermyer

BZ:fc
cc: All Counsel (via ECF)
S&C#00219914