CLOSED,TransferredOutCase−DoNotDocket

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:14−cv−00293−ENV−SMG

Hoti Enterprises, LP v. Panke et al

Assigned to: Judge Eric N. Vitaliano
Referred to: Chief Mag. Judge Steven M. Gold
Cause: 28:1441 Notice of Removal

Date Filed: 01/14/2014
Date Terminated: 02/27/2015
Jury Demand: None
Nature of Suit: 360 P.I.: Other
Jurisdiction: Federal Question

**Plaintiff**

**Hoti Enterprises, LP**

represented by **Alexander E. Sklavos**
Law Offices of Alexander E. Sklavos, PC
265 Post Avenue
Suite 120
Westbury, NY 11590
516−248−4000
Fax: 516−877−8010
Email: aes@sklavoslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc E. Verzani**
500 Fifth Avenue
Ste. 1610
New York, NY 10010
212−725−8900
Email: Marc@verzani.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Andy Panke**

represented by **Jason Ederer**
Goldberg Segalla LLP
600 Lexington Avenue
Suite 900
New York, NY 10022
646−292−8700
Fax: 646−292−8701
Email: jederer@goldbergsegalla.com
*ATTORNEY TO BE NOTICED*

**Peter J. Biging**
Goldberg Segalla LLP
600 Lexington Avenue
Suite 900
New York, NY 10022
646.292.8711
Fax: 646.292.8701

Email: pbiging@goldbergsegalla.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Stern Keiser &Panken, LLP**              represented by  **Jason Ederer**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Peter J. Biging**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Lawrence Reich**                         represented by  **Benjamin Zelermyer**
                                                          Steinberg &Cavaliere, LLP
                                                          50 Main Street, 9th Floor
                                                          White Plains, NY 10606
                                                          914–761–4200
                                                          Fax: 914–761–4256
                                                          Email: bzlaw@optonline.net
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Steven A. Coploff**
                                                          Steinberg &Cavaliere, LLP
                                                          50 Main Street, Suite 901
                                                          White Plains, NY 10606
                                                          914–761–4200
                                                          Email: steincav@aol.com
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Jeffrey Reich**                          represented by  **Benjamin Zelermyer**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Steven A. Coploff**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Reich, Reich &Reich PC**                 represented by  **Benjamin Zelermyer**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Steven A. Coploff**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Delbello Donnellan Weingarten Wise**
**&Wiederkehr, LLP**

**Defendant**

**Robert L. Rattet**

represented by **Eric B. Post**
Abrams Garfinkel Margolis Bergson LLP
1430 Broadway,
17th Flr.
New York, NY 10018
212–201–1170
Fax: 646–884–8976
Email: epost@agmblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Bergson**
Abrams Garfinkel Margolis Bergson, LLP
1430 Broadway
17th floor
New York, NY 10018
212–201–1170
Fax: 212–937–3330
Email: rbergson@agmblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**James B. Gluckman**

represented by **Eric B. Post**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Bergson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rattet Pasternak, LLP**
*formerly known as*
Rattet, Pasternak &Gordon–Oliver, LLP

represented by **Eric B. Post**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Bergson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tanya Dwyer**

**Defendant**

**David S. Hamilton**                    represented by    **David Scott Hamilton**
Zeichner Ellman &Krause LLP
575 Lexington Avenue
10th Floor
New York, NY 10022
212–223–0400
Fax: 212–753–0396
Email: dhamilton@zeklaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dwyer &Associates, LLC**

**Defendant**

**Frank C. Carone**                      represented by    **Peter Richard Chatzinoff**
The Law Office of Steven Cohn, P.C.
One Old Country Rd
Suite 420
Carle Place, NY 11554
516–294–6410
Fax: 516–294–0094
Email: pchatzinoff@scohnlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Frank R. Seddio**                      represented by    **Peter Richard Chatzinoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Abrams Fensterman, LLP**               represented by    **Peter Richard Chatzinoff**
*formerly known as*                                       (See above for address)
Seddio and Carone, PLLC                                   *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Carl E. Person**                       represented by    **Carl E. Person**
Carl E. Person
225 East 36th Street
Suite 3A
New York, NY 10016
212–307–4444
Fax: 212–307–0247
Email: carlpers@ix.netcom.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Frank C. Carone**                      represented by

**Peter Richard Chatzinoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Abrams Fensterman, LLP**                    represented by   **Peter Richard Chatzinoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**Frank C. Carone**                           represented by   **Peter Richard Chatzinoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Abrams Fensterman, LLP**                    represented by   **Peter Richard Chatzinoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Delbello Donnellan Weingarten Wise
&Wiederkehr, LLP**

**Cross Defendant**

**Tanya Dwyer**

**Cross Defendant**

**Dwyer &Associates, LLC**

**Cross Defendant**

**James B. Gluckman**                         represented by   **Eric B. Post**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Bergson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**David S. Hamilton**

**Cross Defendant**

**Andy Panke**                                   represented by **Jason Ederer**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Peter J. Biging**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Carl E. Person**                               represented by **Carl E. Person**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Robert L. Rattet**                             represented by **Eric B. Post**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Robert J. Bergson**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Rattet Pasternak, LLP**                        represented by **Eric B. Post**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Robert J. Bergson**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Jeffrey Reich**                                represented by **Benjamin Zelermyer**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Steven A. Coploff**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Lawrence Reich**                               represented by **Benjamin Zelermyer**
                                                                (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A. Coploff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Reich, Reich &Reich PC**            represented by    **Benjamin Zelermyer**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Steven A. Coploff**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Frank R. Seddio**                   represented by    **Peter Richard Chatzinoff**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Stern Keiser &Panken, LLP**         represented by    **Jason Ederer**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Peter J. Biging**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/14/2014 | Ï 1 | NOTICE OF REMOVAL from the Supreme Court of the State of New York, Kings County by James B. Gluckman, Robert L. Rattet, Rattet Pasternak, LLP Disclosure Statement on Civil Cover Sheet completed –yes, (Attachments: # 1 Civil Cover Sheet) (Bowens, Priscilla) (Entered: 01/15/2014) |
| 01/14/2014 | Ï | FILING FEE: $ 400, receipt number 4653068918 (Bowens, Priscilla) (Entered: 01/15/2014) |
| 01/15/2014 | Ï 2 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link:http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences. <span style="color:red">Do NOT return or file the consent unless all parties have signed the consent.</span>** (Bowens, Priscilla) (Entered: 01/15/2014) |
| 01/15/2014 | Ï 3 | Corporate Disclosure Statement by Rattet Pasternak, LLP (Bergson, Robert) (Entered: |

| | | |
|---|---|---|
| | | 01/15/2014) |
| 01/15/2014 | Ï 4 | NOTICE of Appearance by Robert J. Bergson on behalf of Robert L. Rattet (notification declined or already on case) (Bergson, Robert) (Entered: 01/15/2014) |
| 01/15/2014 | Ï 5 | CERTIFICATE OF SERVICE by Robert L. Rattet (Bergson, Robert) (Entered: 01/15/2014) |
| 01/15/2014 | Ï 6 | CERTIFICATE OF SERVICE by Robert L. Rattet (Bergson, Robert) (Entered: 01/15/2014) |
| 01/16/2014 | Ï 7 | NOTICE of Appearance by Benjamin Zelermyer on behalf of Jeffrey Reich, Lawrence Reich, Reich, Reich &Reich PC (aty to be noticed) (Zelermyer, Benjamin) (Entered: 01/16/2014) |
| 01/16/2014 | Ï 8 | Corporate Disclosure Statement by Reich, Reich &Reich PC (Zelermyer, Benjamin) (Entered: 01/16/2014) |
| 01/16/2014 | Ï 9 | Letter MOTION for pre motion conference by Robert L. Rattet. (Bergson, Robert) Modified on 7/29/2014 (Fernandez, Erica). (Entered: 01/16/2014) |
| 01/17/2014 | Ï 10 | Letter *Requesting Extension of Time to Respond to Complaint* by Jeffrey Reich, Lawrence Reich, Reich, Reich &Reich PC (Attachments: # 1 Exhibit Stipulation Extending Time to Respond to Complaint) (Zelermyer, Benjamin) (Entered: 01/17/2014) |
| 01/17/2014 | Ï 11 | Letter MOTION for Extension of Time to File Answer *Requesting time to respond to complaint* by Robert L. Rattet. (Bergson, Robert) (Entered: 01/17/2014) |
| 01/21/2014 | Ï | ORDER granting 11 Motion for Extension of Time to Answer Robert L. Rattet answer due 2/21/2014. So Ordered by Chief Magistrate Judge Steven M. Gold on 1/21/2014. (Vasquez, Lea) (Entered: 01/21/2014) |
| 01/22/2014 | Ï 12 | Letter MOTION for Extension of Time to File Response/Reply as to 10 Letter by Jeffrey Reich, Lawrence Reich, Reich, Reich &Reich PC. (Coploff, Steven) (Entered: 01/22/2014) |
| 01/22/2014 | Ï 13 | Letter MOTION for pre motion conference by Jeffrey Reich, Lawrence Reich, Reich, Reich &Reich PC. (Zelermyer, Benjamin) Modified on 7/29/2014 (Fernandez, Erica). (Entered: 01/22/2014) |
| 01/23/2014 | Ï | ORDER granting 12 Motion for Extension of Time to February 21, 2014 for defendants Lawrence Reich, Jeffrey Reich and Reich, Reich &Reich, P.C. to File and answer or response to the complaint. So Ordered by Chief Magistrate Judge Steven M. Gold on 1/23/2014. (Vasquez, Lea) (Entered: 01/23/2014) |
| 01/24/2014 | Ï 14 | NOTICE of Appearance by Carl E. Person on behalf of Carl E. Person (aty to be noticed) (Person, Carl) (Entered: 01/24/2014) |
| 01/24/2014 | Ï 15 | Letter MOTION for Extension of Time to File Answer *to February 21, 2014 for all Defendants* by Carl E. Person. (Attachments: # 1 Exhibit Proposed Stipulation Extending Time of All Defendants to Respond to Complaint – with Waiver of a Defense) (Person, Carl) (Entered: 01/24/2014) |
| 01/24/2014 | Ï | ORDER re 15 Letter MOTION for Extension of Time to File Answer *to February 21, 2014 for all Defendants* filed by Carl E. Person: Unless plaintiff files an objection to defendant's application by January 28th, the motion will be granted. So Ordered by Chief Magistrate Judge Steven M. Gold on 1/24/2014. (Vasquez, Lea) (Entered: 01/24/2014) |
| 01/29/2014 | Ï 16 | NOTICE of Appearance by Peter J. Biging on behalf of Andy Panke, Stern Keiser &Panken, LLP (aty to be noticed) (Biging, Peter) (Entered: 01/29/2014) |
| 01/29/2014 | Ï 17 | NOTICE of Appearance by Jason Ederer on behalf of Andy Panke, Stern Keiser &Panken, LLP (aty to be noticed) (Ederer, Jason) (Entered: 01/29/2014) |

| 01/31/2014 | Ï18 | ORDER granting 15 Motion for Extension of Time to February 21st to Answer for All Defendants. Defendants application extending the time to February 21, 2014 for all defendants to respond to the complaint is GRANTED as unopposed. An in−person conference will be held at 10:00 a.m. March 5, 2014. Counsel for all parties and any parties who may not yet have representation must attend. Plaintiff is directed to serve a copy of this Order, return receipt requested, on all parties and file a copy of the receipt with the Court.Plaintiff is further directed to serve a copy of this Order on the Southern District of New York bankruptcy trustee who is encouraged to attend the conference so that the Court may discuss with the parties what impact, if any, the pending bankruptcy case may have on the proceedings in this case. So Ordered by Chief Magistrate Judge Steven M. Gold on 1/31/2014. (Vasquez, Lea) (Entered: 01/31/2014) |
| --- | --- | --- |
| 01/31/2014 | Ï19 | Letter MOTION for Extension of Time to File Answer *the Complaint* by Andy Panke, Stern Keiser &Panken, LLP. (Biging, Peter) (Entered: 01/31/2014) |
| 02/03/2014 | Ï | ORDER granting 19 Motion for Extension of Time to February 21, 2014 to Answer for defendants Andy Panke and Stern Keiser &Panken, LLP. So Ordered by Chief Magistrate Judge Steven M. Gold on 2/3/2014. (Vasquez, Lea) (Entered: 02/03/2014) |
| 02/18/2014 | Ï20 | Letter MOTION for Extension of Time to File Answer *with proposed stipulation executed by Carl E. Person* by Carl E. Person. (Attachments: # 1 Exhibit Proposed stipulation extending time to March 21, 2014 for all defendants to respond to the complaint, upon waiver of personal jurisdiction defense) (Person, Carl) (Entered: 02/18/2014) |
| 02/19/2014 | Ï21 | RESPONSE to Motion re 20 Letter MOTION for Extension of Time to File Answer *with proposed stipulation executed by Carl E. Person* filed by Jeffrey Reich, Lawrence Reich, Reich, Reich &Reich PC. (Zelermyer, Benjamin) (Entered: 02/19/2014) |
| 02/19/2014 | Ï | ORDER granting 20 Motion for Extension of Time to Answer to March 21st for all defendants. So Ordered by Chief Magistrate Judge Steven M. Gold on 2/19/2014. (Vasquez, Lea) (Entered: 02/19/2014) |
| 02/20/2014 | Ï22 | NOTICE of Appearance by Peter Richard Chatzinoff on behalf of Abrams Fensterman, LLP, Frank C. Carone (aty to be noticed) (Chatzinoff, Peter) (Entered: 02/20/2014) |
| 02/20/2014 | Ï23 | NOTICE of Appearance by Peter Richard Chatzinoff on behalf of Frank R. Seddio (aty to be noticed) (Chatzinoff, Peter) (Entered: 02/20/2014) |
| 02/20/2014 | Ï24 | *Defendants' Frank C. Carone, Abrams Fensterman, LLP and Frank R. Seddio's* ANSWER to Complaint , First CROSSCLAIM against All Defendants by Frank C. Carone, Abrams Fensterman, LLP. (Chatzinoff, Peter) (Entered: 02/20/2014) |
| 02/20/2014 | Ï25 | Corporate Disclosure Statement by Abrams Fensterman, LLP (Chatzinoff, Peter) (Entered: 02/20/2014) |
| 03/05/2014 | Ï26 | Minute Entry for Status Conference held on 3/5/2014 before Chief Magistrate Judge Steven M. Gold: Zelermyer for Reich et al., Chatzinoff for Carone et al., Ederer for Panken et al., Post for Glucksman et al. (with Glucksman), and Hamilton *pro se*. PLAINTIFF'S COUNSEL FAILED TO APPEAR AND EFFORTS TO REACH HIM THROUGH HIS OFFICE TELEPHONE NUMBER WERE UNSUCCESSFUL. Accordingly, plaintiff shall show cause in writing by March 12 why this matter should not be dismissed without prejudice for his failure to appear or, in the alternative, transferred to the United States Bankruptcy Court for the Southern District of New York. Failure to submit the required written response to this Order will result in dismissal for failure to prosecute. Any counsel seeking to recover fees from plaintiff's counsel for attending today's conference may submit an appropriate application, by letter with supporting time records, by March 12. (Tape #FTR 10:19−10:25.) (Vasquez, Lea) (Entered: 03/05/2014) |
| 03/10/2014 | Ï27 | |

| | | |
|---|---|---|
| | | First MOTION to Stay *case for 60 days in anticipation of substituting counsel* by Hoti Enterprises, LP. (Vasquez, Lea) (Entered: 03/10/2014) |
| 03/10/2014 | Ï | ORDER granting 27 Motion to Stay: In light of the letter received from plaintiff's counsel 27 , this case is stayed until May 9, 2014, without prejudice to any party's right to make any appropriate motion in the pending bankruptcy proceedings. If plaintiff has not appeared through new counsel by May 9, 2014, I will recommend that this action be dismissed without prejudice. So Ordered by Chief Magistrate Judge Steven M. Gold on 3/10/2014. (Vasquez, Lea) (Entered: 03/10/2014) |
| 03/25/2014 | Ï 28 | NOTICE of Appearance by David Scott Hamilton on behalf of David S. Hamilton (aty to be noticed) (Hamilton, David) (Entered: 03/25/2014) |
| 05/07/2014 | Ï 29 | NOTICE of Appearance by Alexander E. Sklavos on behalf of Hoti Enterprises, LP (aty to be noticed) (Sklavos, Alexander) (Entered: 05/07/2014) |
| 05/14/2014 | Ï | SCHEDULING ORDER: An in–person status conference will be held at 11:00 a.m. on May 28, 2014 before the undersigned in Courtroom 13–D South. Counsel for all parties must attend. Counsel for plaintiff is directed to immediately confirm this conference date and time **with defendants' counsel**. So Ordered by Chief Magistrate Judge Steven M. Gold on 5/14/2014. (Vasquez, Lea) (Entered: 05/14/2014) |
| 05/28/2014 | Ï 30 | Minute Entry for Status Conference held on 5/28/2014 before Chief Magistrate Judge Steven M. Gold: Sklavos for plaintiff, Zelermyer for Reich et al., Chatzinoff for Carone et al., Ederer for Panken et al., Bergson for Glucksman et al., Hamilton pro se, Pearson pro se. Plaintiff will respond to defendants' application for a premotion conference in anticipation of seeking transfer to the SDNY Bankruptcy Court by July 15. Plaintiff may file an amended complaint, on consent, eliminating defendants and causes of action, by July 15. All times to answer are extended pending further Court Order. (Tape #FTR 11:10–11:52.) (Vasquez, Lea) (Entered: 05/28/2014) |
| 07/15/2014 | Ï 31 | Letter *in opposition to transfer of venue* by Hoti Enterprises, LP (Attachments: # 1 Exhibit Transcript) (Sklavos, Alexander) (Entered: 07/15/2014) |
| 07/28/2014 | Ï | ORDER Motions terminated: 9 Letter MOTION for pre motion conference filed by Robert L. Rattet, 13 Letter MOTION for pre motion conference filed by Jeffrey Reich, Lawrence Reich, Reich, Reich &Reich PC. Ordered by Judge Eric N. Vitaliano on 7/28/2014. (Hanly, Elizabeth) (Entered: 07/28/2014) |
| 10/31/2014 | Ï 32 | ORDER TO SHOW CAUSE by 11/17/2014, as to why this Court (a) does not have subject matter jurisdiction over this case, and (b) in the event the Court has subject matter jurisdiction, why it should not transfer this case to the United States District Court for the Southern District of New York "in the interest of justice or for the convenience of the parties." 28 U.S.C. § 1412; see also 28 U.S.C. § 1404. Any reply shall be served and filed on or before November 26, 2014. So Ordered by Judge Eric N. Vitaliano on 10/24/2014. (Lee, Tiffeny) (Entered: 10/31/2014) |
| 11/17/2014 | Ï 33 | AFFIDAVIT in Opposition re 32 Order to Show Cause,, *filed* by Hoti Enterprises, LP. (Attachments: # 1 Exhibit BK transcript 6–14–12, # 2 Exhibit Supreme CT Decision 4–4–12, # 3 Exhibit Appl Div, 2nd Dept decision 3–5–14) (Sklavos, Alexander) (Entered: 11/17/2014) |
| 11/18/2014 | Ï 34 | REPLY in Support re 32 Order to Show Cause,, *reply affirmation by Carl E. Person, pro se, dated November 18, 2014,* filed by Carl E. Person. (Person, Carl) (Entered: 11/18/2014) |
| 11/24/2014 | Ï 35 | REPLY in Opposition *to Plaintiff's opposition to this Court's Order to Show Cause dated October 31, 2014* filed by Abrams Fensterman, LLP, Frank C. Carone, Frank R. Seddio. (Attachments: # 1 Exhibit Letter) (Chatzinoff, Peter) (Entered: 11/24/2014) |
| 11/25/2014 | Ï 36 | REPLY in Opposition *of Rattet Defendants to Plaintiff's Opposition to OTSC (Dkt. 32)* filed by Robert L. Rattet. (Attachments: # 1 Exhibit A – Notice of Removal, # 2 Exhibit B – January 16, |

|  |  | 2014 Letter Requesting Transfer to SDNY) (Bergson, Robert) (Entered: 11/25/2014) |
|---|---|---|
| 11/26/2014 | 37 | REPLY in Opposition *to Plaintiff's Opposition to this Court's Order to Show Cause dated October 31, 2014* filed by Andy Panke, Stern Keiser &Panken, LLP. (Attachments: #1 Exhibit A, #2 Exhibit B) (Ederer, Jason) (Entered: 11/26/2014) |
| 02/27/2015 | 38 | MEMORANDUM AND ORDER DISMISSING CASE, Case transferred to District of SDNY. Original file, certified copy of transfer order, and docket sheet sent. **ALL FILINGS ARE TO BE MADE IN THE TRANSFER COURT, DO NOT DOCKET TO THIS CASE.**. For the foregoing reasons, this action is transferred to the USDC for the SDNY. All other pending applications for other relief are denied with leave to renew in the transferee court. The provision of Rule 83.1 of the Local Rules requiring a seven−day delay in the transfer of relevant case materials is waived. The Clerk of Court is directed to transfer this case to the USDC for the SDNY and to close this docket for administrative purposes. (Ordered by Judge Eric N. Vitaliano on 2/22/2015) c/m (Galeano, Sonia) (Entered: 02/27/2015) |